Alton C. FRANKS, Appellant, v. STATE of Texas, Appellee.

No. 26705.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

Lawrence Arnim, Henry J. Lamb, Houston, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully carrying a pistol; the punishment assessed is confinement in the county jail for one month.

Since perfecting his appeal, the appellant has filed a motion, duly verified, requesting the dismissal thereof.

The motion is granted and the appeal is therefore dismissed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of the offense of forgery and assessed punishment at two years in the penitentiary.

The record is before us without a statement of facts or bills of exeception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.